CHARLES G. MARTIN et al., Appellants, *v.* HATTIE W. BLISS, Respondent.

(Argued February 5, 1892; decided March 8, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 14, 1890, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court.

*William H. Arnoux* for appellants.

*L. R. Beckley* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

JOHN W. HAAREN, Respondent, *v.* JEREMIAH C. LYONS et al., Impleaded, etc., Appellants.

(Argued February 10, 1892; decided March 8, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 16, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John Larkin* for appellants.

*H. H. Glass* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.